# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS INC., *et al.*, | Case No.: 17-11375-BLS |
| Debtors. | (Jointly Administered) |
| REORGANIZED TK HOLDINGS TRUST, | Adv. Pro. No. 19-50266-BLS |
| Plaintiff, | |
| v. | |
| ARC AUTOMOTIVE, INC., | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Reorganized TK Holdings Trust, that the time within which Defendant, ARC Automotive, Inc., must answer, move, or otherwise respond to the Complaint in the above-captioned adversary proceeding is extended through and including July 29, 2019.

Dated: July 10, 2019
Wilmington, Delaware

SMITH, KATZENSTEIN & JENKINS LLP

By: */s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
Beth A. Swadley (No. 6331)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
kmiller@skjlaw.com
bas@skjlaw.com

*Attorneys for Plaintiff Reorganized TK Holdings Trust*

Dated: July 10, 2019
Wilmington, Delaware

THE BIFFERATO FIRM PA

By: */s/ Ian Connor Bifferato*
Ian Connor Bifferato (No. 3273)
1007 North Orange St., 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 225-7600
cbifferato@tbf.legal

*Attorneys for Defendant ARC Automotive, Inc.*