B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of __Delaware__

In re __TK Holdings, Inc., et al.__
　　　　　　Debtor

Case No. __17-11375-BLS__

*(Complete if issued in an adversary proceeding)*

Reorganized TK Holdings Trust
　　　　　　Plaintiff

Chapter __11__

v.

ARC Automotive, Inc.
　　　　　　Defendant

Adv. Proc. No. __19-50266-BLS__

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Element Materials Technology Wixom Inc. c/o Corporation Co., 40600 Ann Arbor Rd E STE 201, Plymouth, MI 48170
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Addendum

| PLACE | DATE AND TIME |
|---|---|
| 500 Woodward Avenue, Suite 2700, Detroit, MI 48226-3489 | 02/04/20    9:00 am |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

　　The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __01/21/20__

CLERK OF COURT

OR

_____　　_____
*Signature of Clerk or Deputy Clerk*　　*Attorney's Signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
ARC Automotive, Inc. , who issues or requests this subpoena, are:
Ian Connor Bifferato, 1007 North Orange Street, 4th Floor, Wilmington, DE 19801, cbifferato@tbf.legal, (302) 225-7600

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Element Materials Technology Wixom Inc.
on *(date)* 01/21/20 .

☒ I served the subpoena by delivering a copy to the named person as follows: via USPS Certified Mail - Corporation Co. 40600 Ann Arbor Rd E, STE 201, Plymouth, MI 48170. Tracking #7017 3380 0001 0859 1519
_____ on *(date)* 01/21/20 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 01/21/20

*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street Wilmington, DE 19801
*Server's address*

Additional information concerning attempted service, etc.:



Element Materials
Technology Wixom, Inc.
c/o Corporation Co.
40600 Ann Arbor Rd E, STE 201
Plymouth, MI 48170