# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  TK Holdings, Inc., et. al., | ) | |
| | ) | |
| Debtors. | ) | Case No.: 17-11375-BLS |
| | ) | |
| Reorganized TK Holdings Trust, | ) | Chapter: 11 |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No.: 19-50266-BLS |
| | ) | |
| v. | ) | |
| | ) | |
| ARC Automotive, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 20, 2020, I caused a copy of **Plaintiff's Responses and Objections to Defendant ARC Automotive, Inc.'s Second Set of Interrogatories Directed to Plaintiff Reorganized TK Holdings Trust, Plaintiff's Responses and Objections to Defendant ARC Automotive, Inc.'s Second Set of Requests for Production Directed to Plaintiff Reorganized TK Holdings Trust,** and this **Notice of Service** to be served on the following by electronic mail:

| | |
|---|---|
| The Bifferato Firm PA | Foley & Lardner LLP |
| Ian Connor Bifferato, Esq. | Vanessa L. Miller, Esq. |
| 1007 North Orange St., 4th Floor | John A. Simon, Esq. |
| Wilmington, Delaware 19801 | 500 Woodward Avenue, Suite 2700 |
| cbifferato@tbf.legal | Detroit, Michigan 48226 |
| | VMiller@foley.com |
| | JSimon@foley.com |

Dated: March 20, 2020                     SMITH, KATZENSTEIN & JENKINS LLP

<u>  /s/ Kelly A. Green                    </u>
Kathleen M. Miller (No. 2898)
Kelly A. Green (No. 4095)
1000 West Street, Suite 1501, P.O. Box 410
Wilmington, DE 19899 (courier 19801)
(302) 652-8400
kmiller@skjlaw.com
kgreen@skjlaw.com

*Attorneys for Plaintiff Reorganized TK Holdings Trust*