## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  TK Holdings, Inc., *et. al.*, | ) | |
| | ) | |
| Debtors. | ) | Case No.:  17-11375-BLS |
| | ) | |
| Reorganized TK Holdings Trust, | ) | Chapter:  11 |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No.:  19-50266-BLS |
| | ) | |
| v. | ) | |
| | ) | |
| ARC Automotive, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF ROBERT KNIGHT**

TO:  The Bifferato Firm PA                           Foley & Lardner LLP
     Ian Connor Bifferato, Esq.                     John A. Simon, Esq.
     1007 North Orange St., 4th Floor               Vanessa L. Miller, Esq.
     Wilmington, Delaware 19801                     Christopher V. Burtley
     cbifferato@tbf.legal                           500 Woodward Avenue, Suite 2700
                                                    Detroit, Michigan 48226
                                                    JSimon@foley.com
                                                    VMiller@foley.com
                                                    cburtley@foley.com

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, made applicable by Fed. Bankr. R. 7030, and Del. Bankr. L. R. 7030-1, Plaintiff TK Holdings Trust, by its undersigned counsel, will take the deposition, upon oral examination, of Robert Knight.

Please take notice that due to the disruptions to travel and accompanying shelter-in-place orders caused by the COVID-19 outbreak, the deposition will be taking place via remote means on October 23, 2020 at 9:00 a.m. Eastern, continuing from day to day thereafter until completed, and will be coordinated by FortzLegal, with a business address of 25 Division Ave. S., Unit 325, Grand Rapids, MI 49503. The deponent may be located at any residential or business address with an appropriate internet connection.

1

Alternatively, if circumstances then permit, the matter may be taken in whole or part in-person and virtually. Those who wish to appear in the physical presence of another do so at their own election; however, this noticing party is not requiring the in-person physical attendance of counsel, the witness or any other party to this action.

The parties are advised that in lieu of a paper set of exhibits they may be provided and displayed digitally to the deposition officer, deponent, parties and counsel. The exhibits will be compiled by the deposition officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.

The deposition will be taken before a person authorized by law to administer oaths under Fed. R. Civ. P. 28.

October 16, 2020               SMITH, KATZENSTEIN & JENKINS LLP

                                               /s/ Kelly A. Green
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
Kelly A. Green (No. 4095)
Julie M. O'Dell (No. 6191)
The Brandywine Building
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19801
Tel: 302-652-8400
kmm@skjlaw.com
rkb@skjlaw.com
kag@skjlaw.com
jmo@skjlaw.com

*Attorneys for plaintiff*