THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:   TK Holdings, Inc., *et. al.*, ) <br> ) <br> Debtors. ) <br> _____ ) <br> Reorganized TK Holdings Trust, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARC Automotive, Inc., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:  17-11375-BLS <br><br> Chapter:  11 <br><br> Adv. Proc. No.:  19-50266-BLS |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2020, a true and correct copy of the foregoing **Notice of Deposition of Robert Knight** was served on the following by First Class Mail and electronic mail:

The Bifferato Firm PA
Ian Connor Bifferato, Esq.
1007 North Orange St., 4th Floor
Wilmington, Delaware 19801
cbifferato@tbf.legal

Foley & Lardner LLP
Vanessa L. Miller, Esq.
John A. Simon, Esq.
Christopher V. Burtley, Esq.
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
VMiller@foley.com
JSimon@foley.com
cburtley@foley.com

/s/ Kelly A Green
Kelly A. Green (No. 4095)