B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Delaware__

In re __TK Holdings, Inc., et al.,__
Debtor

Case No. __17-11375-BLS__

Chapter __11__

*(Complete if issued in an adversary proceeding)*

__Reorganized TK Holdings Trust,__
Plaintiff

v.

__ARC Automotive, Inc.__
Defendant

Adv. Proc. No. __19-50266-BLS__

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __David Thoma, 127 Skees R., Bowling Green, KY 42104__
*(Name of person to whom the subpoena is directed)*

☑ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE The remote videotaped deposition via videoconference will be taken at the place where the deponent decides to answer questions. | DATE AND TIME December 2, 2020, or as otherwise agreed to by counsel. |
|---|---|

The deposition will be recorded by this method:

**The remote videotaped deposition via videoconference will be recorded and by stenographic means by a certified court reporter.**

☐ *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: *November 10, 2020*

CLERK OF COURT

OR

_____          *Kelly A. Green*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __Reorganized TK Holdings Trust__, who issues or requests this subpoena, are:
**Kelly A. Green (No. 4095), 1000 West Street, Suite 1501, Wilmington, DE 19801, kag@skjlaw.com; 302-652-8400**

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: David Thoma
on *(date)* 11-10-20

☒ I served the subpoena by delivering a copy to the named person as follows: Amanda Thoma-Spouse at 127 Skees R. Bowling Green KY 42104
_____ on *(date)* 11-12-20 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 11-12-20

*Christy Taylor*
Server's signature

Christy Taylor - Process Server
Printed name and title

128 S. Locust St. Versailles KY 40383
Server's address

Additional information concerning attempted service, etc.:

## AFFIDAVIT OF SERVICE

UNITED STATES BANKRUPTCY COURT
District of Delaware

Case Number: 19-50266-BLS

Plaintiff:
**REORGANIZED TK HOLDING TRUST**

vs.

Defendant:
**ARC AUTOMOTIVE, INC**

For:
SMITH KATZENSTEIN & JENKINS, LLP
1000 N. WEST ST.
SUITE 1501
WILMINGTON, DE 19801

Received by Kentucky Process Service Inc. to be served on **DAVID THOMA, 127 SKEES RD., BOWLING GREEN, KY 42104**.

I, Christy Taylor, being duly sworn, depose and say that on the **12th day of November, 2020** at **2:02 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUBPOENA; PROOF OF SERVICE** to: **AMANDA THOMA** as **SPOUSE** at the address of: **127 SKEES RD., BOWLING GREEN, KY 42104**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 215, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 13 day of November, 2020 by the affiant who is personally known to me.

_Andrea Rue_
NOTARY PUBLIC

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

_Christy Taylor_
Christy Taylor
Process Server

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2020004053
Ref: 119350.19144

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p