# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  TK Holdings, Inc., et. al., ) | |
| ) | |
| Debtor ) | Case No.: 17-11375-BLS |
| ) | |
| Reorganized TK Holdings Trust, ) | Chapter: 11 |
| ) | |
| Plaintiff, ) | Adv. Proc. No.: 19-50266-BLS |
| ) | |
| v. ) | |
| ) | |
| ARC Automotive, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF TAKING REMOTE VIDEOTAPED DEPOSITION OF JOSHUA MARTIN

PLEASE TAKE NOTICE that Defendant ARC Automotive, Inc. ("ARC"), by and through its attorneys, will take the videotaped deposition via videoconference upon oral examination of Joshua Martin on January 6, 2021, at 9:00 AM EST, or some other mutually agreeable time, at the place where the deponent decides to answer questions, pursuant to the Federal Rules of Civil Procedure. The deposition will be recorded by video and stenographic means and by a certified court reporter and shall continue from day to day until concluded.

4850-8541-7428.1

2

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **THE BIFFERATO FIRM PA** |
|  | */s/ Ian Connor Bifferato* <br> Ian Connor Bifferato (#3273) <br> 1007 North Orange St., 4th Floor <br> Wilmington, Delaware 19801 <br> (302) 225-7600 <br> cbifferato@tbf.legal |
|  | -and- |
|  | **FOLEY & LARDNER LLP** |
|  | Vanessa L. Miller (P67794) <br> Christopher V. Burtley (P80203) <br> Matthew E. Sierawski (P83524) <br> 500 Woodward Avenue, Suite 2700 <br> Detroit, Michigan 48226-3489 <br> (313) 234-7100 <br> vmiller@foley.com <br> cburtley@foley.com |
| Dated: December 8, 2020 | msierawski@foley.com |

2

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  TK Holdings, Inc., et al., | ) | |
| Debtor | ) | Case No.: 17-11375-BLS |
| Reorganized TK Holdings Trust, | ) | Chapter: 11 |
| Plaintiff, | ) | Adv. Proc. No.: 19-50266-BLS |
| v. | ) | |
| ARC Automotive, Inc., | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020 Defendant ARC Automotive, Inc. served this **Defendant's Notice of Taking Remote Videotaped Deposition of Joshua Martin** and this **Certificate of Service**, on all counsel of record by e-mail and Federal Express at the address listed below:

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (#2898)
Kelly A. Green (#4095)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (19801 courier)
(302) 652-8400
kmiller@skjlaw.com
kag@skjlaw.com

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (#3273)

4850-8541-7428.1