# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| TK HOLDINGS INC., *et al.*, | Case No. 17-11375-BLS |
| | Chapter 11 |
| REORGANIZED TK HOLDINGS TRUST, | Adv. Proc. No. 19-50266-BLS |
| Plaintiff, | |
| v. | |
| ARC AUTOMOTIVE, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 8th day of December, 2020, copies of Defendant ARC Automotive, Inc.'s Third Set of Interrogatories to Plaintiff and Third Request for Production of Documents to Plaintiff were caused to be served on the following via electronic mail and U.S. first class mail:

    Kathleen M. Miller, Esq.
    Kelly A. Green, Esq.
    Smith, Katzenstein & Jenkins LLP
    1000 N. West Street, Suite 1501
    Wilmington, DE 19801
    kmiller@skjlaw.com
    kag@skjlaw.com

Dated: December 8, 2020    THE BIFFERATO FIRM

    */s/ Ian Connor Bifferato*
    Ian Connor Bifferato (DE 3273)
    1007 N. Orange St., 4th Floor
    Wilmington, DE 19801
    (302) 225-7600
    cbifferato@tbf.legal

    FOLEY & LARDNER LLP
    Vanessa L. Miller (P67794)

John A. Simon (P61866)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
vmiller@foley.com
jsimon@foley.com

*Attorneys for Defendant*