# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re TK Holdings, Inc., et. al.,
    *Debtor*

Case No. 17-11375-BLS

Chapter 11

*(Complete if issued in an adversary proceeding)*

Reorganized TK Holdings Trust,
    *Plaintiff*
    v.
ARC Automotive., Inc.
    *Defendant*

Adv. Proc. No. 19-50266-BLS

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Joshua Martin, 8900 Satelite Dr, White Lake, MI 48386
*(Name of person to whom the subpoena is directed)*

☑ *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE The remote videotaped deposition via videoconference will be taken at the place where the deponent decides to answer questions. | DATE AND TIME January 6, 2021 at 9:00 AM EST or some other mutually agreeable date and time. |
|---|---|

The deposition will be recorded by this method: The remote videotaped deposition via videoconference will be recorded by video and stenographic means and by a certified court reporter.

☐ *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____                OR    Ian Connor Bifferato
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

Digitally signed by Ian Connor Bifferato
DN: cn=Ian Connor Bifferato, o=The Bifferato Firm PA, ou, email=cbifferato@tbf.legal, c=US
Date: 2020.12.08 12:43:35 -05'00'

The name, address, email address, and telephone number of the attorney representing *(name of party)* ARC Automotive., Inc. , who issues or requests this subpoena, are:
Ian Connor Bifferato, 1007 North Orange St., 4th Floor, Wilmington, DE 19801, cbifferato@tbf.legal, (302) 225-7600

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**State of Delaware**
**United States Bankruptcy Court - District of Delaware**

**Reorganized TK Holding Trust**
, Plaintiff

Case No.: **2017-11375-BLS**

**ARC Automotive, Inc.**
, Defendant

For:
**Foley & Lardner LLP**
**Ian Connor Bifferato (P- )**
**500 Woodward Avenue**
**Suite 2700**
**Detroit, Michigan 48226**

### AFFIDAVIT OF PERSONAL SERVICE

Received by Dart Grop Incorporated to be served on **Joshua Martin**.

I, **Joseph Meek**, being duly sworn, depose and state that on **December 9th, 2020** at **5:30 pm, I:**

Personally Served a True Copy of the **Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding), Defendant Notice of Taking Remote Videotaped Deposition of Joshua Martin, Witness Fee** upon **Joshua Martin** at **8900 Satelite Drive, White Lake charter Township, Michigan 48386.**

I certify that I am over the age of 18 and have no interest in the above Captioned Matter.

Subscribed and Sworn to before me on this day December 10, 2020 by the Affiant who is Personally Known to me.

Eric Fluegge
Notary Public, State of Michigan
County of Oakland
My Commission Expires 8/26/2021
Acting in the County of Oakland

Joseph Meek
Process Server

Dart Group Incorporated
55 E. Long Lake Road, Suite 215
Troy, MI 48085
248-619-7899

Our Job Number: 40036
Reference: 111282-0104