B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re TK Holdings, Inc. et al.,
Debtor

*(Complete if issued in an adversary proceeding)*

Reorganized TK Holdings Trust,
Plaintiff
v.
ARC Automotive, Inc.
Defendant

Case No. 17-11375-BLS

Chapter 11

Adv. Proc. No. 19-50266-BLS

**SUBPOENA TO TESTIFY AT A DEPOSITION
IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: Timothy Dooley, 4928 Lonesome Oak Trl., Fort Wayne, IN 46845-9106

*(Name of person to whom the subpoena is directed)*

[X] *Testimony*: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE The remote videotaped deposition via videoconference will be taken at the place where the deponent decides to answer questions. | DATE AND TIME 12/21/2020 at 9:00am or such other time as agreed to by the parties. |
|---|---|

The deposition will be recorded by this method:

The remote videotaped deposition via videoconference will be recorded and by stenographic means by a certified court reporter.

[ ] *Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/25/2020

CLERK OF COURT

OR

_____        /s/ Kelly A. Green
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Reorganized TK Holdings Trust, who issues or requests this subpoena, are:
Kelly A. Green (#4095), 1000 West Street, Suite 1501, Wilmington, DE 19801, kag@skjlaw.com, 302-652-8400

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# **RETURN OF SERVICE**

UNITED STATES BANKRUPTCY COURT
District of Delaware

Case Number: 17-11375-BLS

**REORGANIZED TK HOLDINGS TRUST**

vs.

Defendant:
**ARC AUTOMOTICE INC**



LSM2020003376

For:
Kelly A Green, Esq.
SMITH KATZENSTEIN & JENKINS LLP
The Brandywine Building
1000 West Street, Suite 1501
Wilmington, DE 19801

Received by Express Legal Services, Inc. on the 25th day of November, 2020 at 3:30 pm to be served on **TIMOTHY DOOLEY, 4928 LONESOME OAK TRAIL, FORT WAYNE, IN 46845-9106**.

I, Dawn Griffin-Luce, do hereby affirm that on the **27th day of November, 2020** at **2:27 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE** to: **TIMOTHY DOOLEY** at the address of: **4928 LONESOME OAK TRAIL, FORT WAYNE, IN 46845-9106**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 68, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 180, Hair: Grey, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that I am over the age of 18, have no interest in the foregoing matter and the foregoing is true and correct.

_____
**Dawn Griffin-Luce**

11/27/2020
**Date**

Express Legal Services, Inc.
102 Granby Dr
Suite 103
Indianapolis, IN 46229
(317) 622-2373

Our Job Serial Number: LSM-2020003376

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t