IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re                                                                    : Chapter 11
                                                                              :
TK HOLDINGS INC., *et al.,*                                 : Case No. 17-11375 (BLS)
                                                                              :
Debtors.                                                              : Jointly Administered
                                                                              :
---------------------------------------------------------x  :
REORGANIZED TK HOLDINGS TRUST,     :
                                                                              :
          Plaintiff,                                                    :
                                                                              :
          v.                                                              : Adv. Pro. No.: 19-50266 (BLS)
                                                                              :
ARC AUTOMOTIVE, INC.,                                  :
                                                                              :
          Defendant.                                                 :
---------------------------------------------------------x  :

**STIPULATION AND FOURTH AMENDED
CASE SCHEDULING ORDER**

WHEREAS, plaintiff filed the complaint (D.I. 1) on June 24, 2019;

WHEREAS, defendant responded to the complaint on July 29, 2019;

WHEREAS, the First Amended Case Scheduling Order was entered on December 16, 2019 (D.I. 24);

WHEREAS, the Second Amended Case Scheduling Order was entered on April 11, 2020 (D.I. 36);

WHEREAS, the Third Amended Case Scheduling Order was entered on October 29, 2020 (D.I. 48);

1

WHEREAS, the global pandemic has caused the parties to need additional time to complete discovery;

WHEREAS, the parties have conferred, and subject to Court approval, have agreed that the following schedule shall control;

NOW THEREFORE IT IS STIPULATED AND AGREED:

1. The current deadlines shall be amended as follows:

|  | Current Deadline | Amended Deadline |
|---|---|---|
| a. Mediation deadline | November 30, 2020 | January 5, 2021 |
| b. Fact discovery deadline (except for any fact discovery subject to a motion to compel or motion for protective order pending on this date) | January 8, 2021 | February 5, 2021 |
| c. Plaintiff's opening expert report(s) and production of all non-publicly available materials relied upon by experts and not produced previously by the parties | January 22, 2021 | February 19, 2021 |
| d. Defendant's answering expert report(s) and production of all non-publicly available materials relied upon by experts and not produced previously by the parties | February 23, 2021 | March 24, 2021 |
| e. Plaintiff's reply expert report(s) and production of all non-publicly available materials relied upon by experts and not produced previously by the parties | March 16, 2021 | April 23, 2021 |
| f. Expert discovery deadline | March 30, 2021 | May 7, 2021 |

| | | |
|---|---|---|
| g.  Exchange of trial witness lists | April 6, 2021 | May 14, 2021 |
| h.  Exchange of trial exhibits lists | April 13, 2021 | May 21, 2021 |
| i.  Plaintiff to provide defendant with draft of joint pretrial memorandum | April 20, 2021 | May 28, 2021 |
| j.  Defendant to provide plaintiff with draft of joint pretrial memorandum | April 27, 2021 | June 4, 2021 |
| k.  Motions in *limine*, if any. Oppositions to be filed 5 days after filing of the motion; reply to be filed 3 days thereafter | May 4, 2021 | June 11, 2021 |
| l.  Joint pretrial memorandum to be filed, including witness lists and joint trial exhibits | May 4, 2021 | June 11, 2021 |
| m.  Pretrial briefs, if any, to be filed (limited to 25 pages double spaced) | | |
| n.  Pre-trial conference | | |
| o.  Trial | | |

2. The deadlines in paragraphs 1.a. through 1.l. may be extended by agreement of the parties. The parties will contact Chambers after mediation to request that the Court set a status conference at which trial dates may be set.

3. Depositions shall be taken on reasonable notice, and the parties shall work together in good faith on the scheduling of depositions.

4. If the matter does not settle at mediation, the deadline for filing motions pursuant to Fed. R. Civ. P. 56, made applicable to this matter through Fed. R. Bankr. P. 7056, shall be thirty days (30) from the close of expert discovery as provided in Fed. R. Civ. P. 56(b).

5. To the extent a party names a trial witness who has not been deposed, the parties will cooperate to depose the witness if the adverse party so desires.

6. Following the identification of trial witnesses, any party may designate additional party witnesses for trial only upon motion to the Court.

| | |
|---|---|
| Dated: December 31, 2020<br>Wilmington, Delaware | Dated: December 31, 2020<br>Wilmington, Delaware |
| SMITH, KATZENSTEIN & JENKINS LLP | THE BIFFERATO FIRM PA |
| By: /s/ Kelly A. Green<br>Kathleen M. Miller (No. 2898)<br>Kelly A. Green (No. 4095)<br>1000 West Street, Suite 501<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>kmiller@skjlaw.com<br>bas@skjlaw.com<br><br>*Attorneys for Plaintiff Reorganized TK Holdings Trust* | By: /s/ Ian Connor Bifferato<br>Ian Connor Bifferato (No. 3273)<br>1007 North Orange St., 4th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 225-7600<br>cbifferato@tbf.legal<br><br>and<br><br>Vanessa L. Miller<br>John A. Simon<br>Foley & Lardner LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br><br>*Attorneys for Defendant ARC Automotive, Inc.* |

SO ORDERED

Dated: January 4th, 2021 Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE